PROB 12A
(07/93)

# UNITED STATES DISTRICT COURT

for

## Western District of Wisconsin

Report on Offender Under Supervision

**Name of Offender:** Peter Daniel Young  **Case Number:** 98-CR-91-X-01
Central District of California

**Name of Sentencing Judicial Officer:** Honorable Stephen L. Crocker

**Date of Original Sentence:** November 8, 2005

**Original Offense:** Count 5: Conspiracy to Travel in Interstate Commerce to Commit Animal Enterprises Terrorism, a Class A misdemeanor, in violation of 18 U.S.C. § 43(a) and 2; Count 6: Travel in Interstate Commerce to Commit Animal Enterprises Terrorism, a Class A misdemeanor, in violation of 18 U.S.C. § 43(a) and 2

**Original Sentence:** 24 months' imprisonment; 12 months' supervised release

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** February 1, 2007

---

## COMPLIANCE SUMMARY

Peter Daniel Young began his term of supervised release on February 1, 2007, in the Central District of California. His term of supervised release is scheduled to expire on January 31, 2008. The Central District of California has reported that Mr. Young has been in compliance with the terms and conditions of supervision and that he has been making a good-faith effort to pay restitution. He has paid $1,080 toward restitution, leaving an unpaid balance of $253,760. His income has remained stable and he has complied with financial disclosure. Mr. Young has been instructed by the Central District of California to continue submitting payments following expiration.

*U.S. Probation Officer Recommendation:* It is respectfully requested that Peter Daniel Young's supervised release be allowed to expire on January 31, 2008, with restitution owing.

Assistant U.S. Attorney Robert A. Anderson has no objection to this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-24-08

Paul J. Reed
Asst. Deputy Chief U.S. Probation Officer

### THE COURT ORDERS:

___ Submit a Request for Warrant or Summons

_X_ Other: Supervised release may expire with restitution owing.

Honorable Stephen L. Crocker
U.S. Magistrate Judge

1-25-08
Date